# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0321
Lower Tribunal No. F23-22625
_____

**Reginald Wilkinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Reginald Wilkinson, in proper person.

James Uthmeier, Attorney General, and Daihana Chang Assistant Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.